No. 151. UNITED STATES v. E. I. DU PONT DE NEMOURS & Co. ET AL. Appeal from the United States District Court for the Northern District of Illinois. (Probable jurisdiction noted, 350 U. S. 815.) The motion to schedule this case for argument in December is denied. MR. JUSTICE CLARK and MR. JUSTICE HARLAN took no part in the consideration or decision of this motion. *Solicitor General Sobeloff* and *Assistant Attorney General Barnes* for the United States. *John Lord O'Brian, Hugh B. Cox* and *Charles A. Horsky* for the E. I. du Pont de Nemours & Co., appellee; and *Robert L. Stern* and *Henry M. Hogan* for the General Motors Corporation, appellee-movant.

No. 241. NATIONAL LABOR RELATIONS BOARD v. LION OIL Co. Certiorari, 350 U. S. 986, to the United States Court of Appeals for the Eighth Circuit. The joint motion to join Monsanto Chemical Co. as a party respondent is granted. *Solicitor General Sobeloff* for petitioner. *Jeff Davis* for the Lion Oil Co. and Monsanto Chemical Co., respondents.

No. 451. RAILWAY EMPLOYES' DEPARTMENT, AMERICAN FEDERATION OF LABOR, ET AL. v. HANSON ET AL., *ante*, p. 225. The motion to stay the mandate is denied. *Lester P. Schoene* and *Milton Kramer* for appellants. *Edson Smith* for Hanson et al., appellees-movants.

No. 5, Misc. MERKIE v. RAGEN, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se*. *Latham Castle*, Attorney General of Illinois, for respondent.

No. 929. GINSBURG v. GREGG ET AL. C. A. 3d Cir. Certiorari denied. The alternative motion for leave to file petition for writ of mandamus is also denied. *Paul Ginsburg* for petitioner.